UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ISAAC JAY WILLIAMS,

                Plaintiff,                      JUDGMENT

    v.

                                                    20-cv-05404 (KAM)

KIYO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

       An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on August 5, 2021, reversing the Commissioner's final decision dated July 29, 2019 pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for disability insurance benefits filed on July 21, 2017 for further administrative proceedings; it is

       ORDERED and ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the Commissioner's final decision dated July 29, 2019, is reversed; that plaintiff's claim for disability insurance benefits filed on July 21, 2017, is remanded for further administrative proceeding; and that on remand, the Commissioner will take further action to complete the administrative record, hold a new hearing, and issue a new decision.

Dated: Brooklyn, New York                                          Douglas C. Palmer
       August 9, 2021                                               Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk